UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-716

**Motion for:** Adjournment of Oral Argument

**Caption [use short title]:** Russo v. Wyandanch Union Free School District

**Set forth below precise, complete statement of relief sought:**
Counsel who will be representing Appellant is on paternity leave and will be back to the office no later than April 5, 2024.

**MOVING PARTY:** Filomena Russo
☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** Wyandanch Union Free School District et al

**MOVING ATTORNEY:** John C. Luke, Jr.
**OPPOSING ATTORNEY:** Michael Miranda
[name of attorney, with firm, address, phone number and e-mail]

John C. Luke, Jr. Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419, 6314209300
Melville, NY 11747, jluke@sssfirm.com

Michael Miranda - Miranda Slone Sklarin Verveniotis LLP
240 Mineola Boulevard 516.741.7755
Mineola, NY 11501, mmiranda@msssv.com

**Court- Judge/ Agency appealed from:** Eastern District of NY/ Judge Gary Brown

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: March 7, 2024

**Signature of Moving Attorney:**
*John C. Luke, Jr.* **Date:** 02/26/2024 **Service:** ☐ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-716

United States Court of Appeals

*for the*

Second Circuit

FILOMENA RUSSO,

PLAINTIFF-APPELLANT,

—AGAINST—

WYANDANCH UNION FREE SCHOOL DISTRICT, PAUL SIBBLIES,

DEFENDANTS-APPELLEES.

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF NEW YORK

PLAINTIFF-APPELLANT'S MOTION TO ADJOURN ORAL
ARGUMENTS

Geoffrey A. Kalender
Slater Slater Schulman, LLP
488 Madison Avenue, 20th Floor
New York, New York 1002
212.922.0906
Attorneys for Plaintiff-Appellant

PLAINTIFF-APPELLANT'S MOTION TO ADJOURN ORAL
ARGUMENTS UNDER F.RA.P. 34(b)

Plaintiff-Appellant Filomena Russo, by and through counsel, submits the following motion and brief requesting to adjourn oral arguments before the Court scheduled for March 7, 2024, for 60 days, under Fed. R. App. P. 34(b).

On January 23, 2024, this Court ordered that oral arguments would be heard in the above-captioned matter on March 7, 2024. Russo asks that the arguments be adjourned due to the unavailability of appellate counsel. Counsel Geoffrey Kalender filed an oral argument statement on behalf of Russo on November 17, 2023. (Dkt. 49). In that statement, Counsel requested that oral arguments be scheduled "towards the end of the 20 week period, if possible," due to the impending birth of his child and related paternity leave. Id. Counsel now understands this request was inartfully worded, apologizes to the Court for the administrative burden, and asks that arguments be adjourned for not less than 60-days.

**I.      CONCLUSION**

    Appellant Russo respectfully requests that this Court adjourn the oral argument.

Dated: February 27, 2024<br>New York, NY

Respectfully submitted,

SLATER SLATER SCHULMAN LLP

/s/Geoffrey A. Kalender
Geoffrey A. Kalender
John C. Luke Jr.
488 Madison Avenue, 20th Floor
New York, New York 10020
212.922.0906
Attorneys for Appellant

CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B), the word limit of Local Rule 32.1(a)(4)(A) because this document contains 173 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font Garamond.

Dated: February 27, 2024
New York, N.Y.

/s/ Geoffrey A. Kalender
Geoffrey A. Kalender